**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1693**

STEPHEN W. STONE,

              Plaintiff – Appellant,

        v.

SENECA SOUTH CAROLINA, CITY OF,

              Defendant – Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Henry F. Floyd, District Judge.
(8:07-cv-03401-HFF)

Submitted:  April 22, 2010               Decided:  May 12, 2010

Before WILKINSON, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mary C. McCormac, Clemson, South Carolina, for Appellant.  Vance
J. Bettis, GIGNILLIAT, SAVITZ & BETTIS, L.L.P., Columbia, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen W. Stone appeals the district court's order granting summary judgment in favor of the City of Seneca on all of Stone's claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stone v. City of Seneca, South Carolina, No. 8:07-cv-03401-HFF (D.S.C. May 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED